FILED
2007 Dec-13  AM 11:48
U.S. DISTRICT COURT
N.D. OF ALABAMA

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **STEPHEN C. POLLITT,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| **vs.** ) | Civil Action Number |
| ) | **07-1597-UWC** |
| **TBT, INC.,** ) | |
| Defendants. ) | |

## ORDER OF DISMISSAL

For failure to respond to this Court's Show Cause Order (Doc. 10) issued on December 3, 2007, this action is hereby DISMISSED without prejudice.

Each party should bear its own costs.

Done the 12th day of December, 2007.

U.W. Clemon
United States District Judge